PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Robert Lee McKinney**

**Docket No. 0:01CR00101-001(DSD)**

**Petition on Supervised Release**

COMES NOW **John G. Baskfield**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Robert Lee McKinney** who was sentenced for Assault of a Postal Employee in an Attempted Robbery of a U.S. Post Office on October 25, 2001, by the Honorable David S. Doty, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Mental health aftercare, drug/alcohol aftercare, and mandatory drug testing

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. McKinney was to begin supervision in the Northern District of Illinois upon his release from incarceration, however, his release plans fell through. Therefore, he will be returning to the District of Minnesota at the time of his release from incarceration. Mr. McKinney does not have a residence at this time and is requesting a community correction center placement as a condition of supervised release until he locates a suitable residence.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

It is respectfully requested that the Court modify the offender's release conditions to include the defendant shall reside for a period of up to 120 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 15TH day of December 2005, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

John G. Baskfield
U.S. Probation Officer

Executed on December 15, 2005
Place Minneapolis

SCANNED
DEC 19 2005
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission