Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Robert Lee McKinney

Docket No. 0:01CR00101-001(DSD)

**HEARING WAIVER**

I, Robert Lee McKinney, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of up to 120 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

Signed: [signature]

Robert Lee McKinney
Supervised Releasee

Witness: [signature]

Chris Gieman
Case Manager

Dated: 12-8-05

SCANNED
DEC 19 2005
U.S. DISTRICT COURT MPLS