Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

DOCKET NO. (Transferring Court)
0864-0:01CR00101-001(DSD)(DSD)

DOCKET NO. (Receiving Court)

NAME AND LOCATION OF
Robert Lee McKinney

DISTRICT
MINNESOTA

DIVISION

NAME OF SENTENCING JUDGE
Honorable David S. Doty

| DATES OF SUPERVISION | FROM | TO |
|---|---|---|
| | 01/13/2006 | 01/12/2009 |

OFFENSE
Assault of a Postal Employee in an Attempted Robbery of a U.S. Post Office

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the named above be transferred with the records of this Court to the United States District Court for the nd/il District of Rockford upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of may be changed by the District Court to which this transfer is made without further inquiry of this Court.

4/27/06
Date

David S. Doty, United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ND/IL DISTRICT OF ROCKFORD

IT IS HEREBY ORDERED that jurisdiction of the above be accepted and assumed by this Court from and after the entry of this order.

May 8, 2006
Effective Date

Philip G. Reinhard United States District Judge

SCANNED
JUN 2 6 2006
U.S. DISTRICT COURT ST. PAUL